

# COURT OF APPEALS

| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
|---|---|---|
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | COURT |
| SANDEE BRYAN | SAN ANTONIO, TEXAS 78205-3037 | |
| MARION | WWW.4THCOA.COURTS.STATE.TX.US | |
| MARIALYN BARNARD | | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

December 9, 2013

Susan D. Reed                                    Connie J.  Kelley
District Attorney, Bexar County                  1108 Lavaca #110-221
Paul Elizondo Tower 1                             Austin, TX 78701
101 W. Nueva suite 370
San Antonio, TX 78205

RE:    Court of Appeals Number:    04-13-00669-CR, 04-13-00670-CR, 04-13-
       00671-CR, 04-13-00672-CR, 04-13-00673-CR, 04-13-00674-CR, 04-13-
       00675-CR, 04-13-00676-CR, 04-13-00677-CR, 04-13-00678-CR, 04-13-
       00679-CR
       Trial Court Case Number:    2012CR9915, 2012CR9914, 2012CR9913,
       2012CR9907, 2012CR9908, 2012CR9909, 2012CR9910, 2012CR9911,
       2012CR9912, 2012CR9905, 2012CR9906
       Style:  Matt Bernal
               v.
       The State of Texas

       Enclosed please find the order which the Honorable Court of Appeals has
issued in reference to the above styled and numbered cause.

       If you should have any questions, please do not hesitate to contact me.

                                    Very truly yours,
                                    KEITH E. HOTTLE, CLERK


                                    Carmen De Leon
                                    Deputy Clerk, Ext. 53262